THERESA L. CARRIGER, Respondent, v. JAMES B. CARRIGER, Appellant.— Order modifying report of referee affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

JOSEPH COHEN, Respondent, v. ISRAEL AVIROM and Others, Appellants, and " JOHN DOE " and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Carswell and Davis, JJ.; Scudder, J., not voting.

DELFINA D'AMBROSIO and Others, Respondents, v. JOHN DANZILO, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ELMER S. HADER and BERTA H. HADER, Respondents, v. ERIE RAILROAD COMPANY, Appellant.— Order granting plaintiffs' motion for examination of defendant as an adverse party before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

ALBERT L. HAMMOND, Plaintiff, v. CHASTI BUILDERS, INC., Defendant. MADELINE V. McLAUGHLIN and Others, Respondents; PELBROOK FUNDING CORPORATION, Appellant, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Order directing distribution of surplus, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ANNA HRYNKO, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Respondent.— Order of the City Court of Yonkers setting aside verdict and dismissing complaint modified by striking out the words " the complaint herein dismissed " and by inserting in place thereof the words " a new trial ordered," and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of the Claim of the FIRST METHODIST EPISCOPAL CHURCH OF MT. VERNON against the Estate of GEORGE HOWARD, Deceased. FIRST METHODIST EPISCOPAL CHURCH OF MT. VERNON, Respondent; MAUD M. HOWARD, Individually and as Trustee, Appellant.— Decrees of the Surrogate's Court of Westchester county unanimously affirmed, with costs, payable out of the estate, to all parties appearing and filing briefs. The record shows expenditures made by the respondent upon the faith of the subscriptions made by Mr. Howard and others. Present — Lazansky, P. J., Young, Hagarty and Carswell, JJ.; Tompkins, J., not voting. [133 Misc. 723.]